**No. 57093.**—Bloomingdale Bros., Inc., et al. v. United States, protests 133849–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 57094.**—The Worcester Royal Porcelain Co., Inc. v. United States, protests 137984–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (a) As to the items entered or withdrawn from warehouse for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (b) as to the items entered or withdrawn from warehouse for consumption subsequent to May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol of Terms of Accession to the General Agreement on Tariffs and Trade, T. D. 52373, and the President's proclamation, T. D. 52476.

**No. 57095.**—Ignaz Strauss & Co., Inc. v. United States, protests 156116–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the items of merchandise marked "A" consist of brass silent butlers similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261) and that the items marked "B" consist of brass smoothing irons and other trays the same as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423). In accordance with stipulation of counsel and on the authority of the decisions cited, the merchandise represented by the items marked with the letter "A" or with the letter "B" on the invoices was held dutiable as household utensils, composed wholly or in chief value of brass, and not plated with platinum, gold, or silver, as follows: (a) As to items entered or withdrawn from warehouse for consumption prior to May 22, 1948, at 30 percent under paragraph 339, as modified by the trade agreement with Iran (T. D. 51067); and (b) as to items entered or withdrawn from warehouse for consumption subsequent to May 22, 1948, at 15 percent under said paragraph 339, as modified by T. D. 51802, *supra*, and the President's proclamation, T. D. 51909.